DOLOBACS, Respondent, v. RITER CONLEY MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Michael Delobacs against the Riter Conley Manufacturing Company.

PER CURIAM: Judgment and order affirmed, with costs.

WOODWARD, J., dissents.

DOMBRORSKA, Appellant, v. WAZETER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Mickalina Dombrorska against Leon S. Wazeter and another, doing business under the name of A. Grochowski & Co. No opinion. Order of the Municipal Court affirmed, with costs.

DONNELLY, Appellant, v. WIGHT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by William F. Donnelly against Caroline F. Wight and another. W. L. Stone, Jr., for appellant. C. L. Jones, for respondents. No opinion. Judgment affirmed, with costs, and appeal from decision dismissed. Order filed.

DOTTEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by James S. Dotten against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

DOUGHERTY. Respondent, v. D. C. WEEKS & SON, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by James Dougherty against D. C. Weeks & Son. W. L. O'Brien, for appellant. R. J. Donovan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DOUGLAS' ESTATE. (Supreme Court, Appellant Division, First Department. June 14, 1907.) In the matter of the estate of Emma J. Douglas, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DUDLEY, Appellant, v. VANDERPOEL et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by Marie Dudley against Elizabeth Batelle Vanderpoel and another. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

DUGAN, Respondent, v. LONGSTAFF, Appellant. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Action by Hugh B. Dugan against Francis Longstaff. No opinion. Judgment unanimously affirmed, with costs. See 102 N. Y. Supp. 1120.

In re DUGAN'S WILL. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) In the matter of proving the last will and testament and codicils thereto of Patrick Dugan, deceased. No opinion. Decree unanimously affirmed, with costs.

EASINGWOOD, Respondent, v. RUDD, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Arthur L. Easingwood against Joseph Rudd.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not voting.

EDWARDS, Appellant, v. FIDELITY & CASUALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. June 14, 1907.) Action by Sara K. H. Edwards against the Fidelity & Casualty Company. W. H. L. Edwards, for appellant. E. A. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ELLIOTT, Appellant, v. PAINE, Respondent. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by James M. Elliott, Jr., against Martin S. Paine. H. Aaron, for appellant. E. W. Hatch, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

ELY, Appellant, v. PERKINS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by W. Caryl Ely against Erickson Perkins and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

ROBSON, J., not sitting.

ENGLERT, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1907.) Action by Catherine Englert against the Metropolitan Street Railway Company. B. H. Ames, for appellant. S. P. Goldman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ENNIS et al., Respondents, v. GROVER, Appellant. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Action by Thomas A. Ennis and another against Clara A. Grover. D. S. Remsen, for appellant. C. D. Cleveland, for respondents. No opinion. Judgment affirmed, with costs, on the opinion of the court below. 103 N. Y. Supp. 1088. Order filed.

ENSIGN, Respondent, v. ENSIGN, Appellant. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by Ida E. Ensign against Harry A. Ensign. P. Allen, for appellant. A. R. Lesinsky, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 105 N. Y. Supp. 917.

EVERS, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third